**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA ex rel.**
**EDUCATIONAL CAREER**
**DEVELOPMENT, INC.,**

                **Plaintiff,**

**-vs-**                                                                   **Case No. 6:04-cv-93-Orl-19DAB**

**CENTRAL FLORIDA REGIONAL**
**WORKFORCE DEVELOPMENT BOARD,**
**INC., AND WORKFORCE CENTRAL**
**FLORIDA, INC.,**

                **Defendants.**
_____

## ORDER

This cause came on for consideration with oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **RELATOR'S AMENDED MOTION FOR AWARD OF ATTORNEY'S FEES, EXPENSES, AND COSTS (Doc. No. 7)** |
| **FILED:** | **September 15, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO AMENDED MOTION FOR AWARD OF ATTORNEYS FEES EXPENSES AND COSTS (Doc. No. 10)** |
| **FILED:** | **September 22, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

| | |
|---|---|
| **MOTION:** | **DEFENDANT WCF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO AMENDED MOTION FOR AWARD OF ATTORNEYS FEES EXPENSES AND COSTS (Doc. No. 11)** |
| **FILED:** | **September 22, 2006** |
| **THEREON** it is **ORDERED** that the motion is **DENIED** as moot. | |
| **MOTION:** | **DEFENDANT WCF'S SUPPLEMENT TO ITS MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO AMENDED MOTION FOR AWARD OF ATTORNEYS FEES EXPENSES AND COSTS (Doc. No. 12)** |
| **FILED:** | **September 25, 2006** |
| **THEREON** it is **ORDERED** that the motion is **DENIED** as moot. | |

Relator is **GRANTED** until November 30, 2006 to file a second amended application for attorney's fees, expenses, and costs, with a renewed effort to confer in good faith with opposing parties pursuant to the obligation under Local Rule 3.01(g). Defendants' responses to the second amended application will be due on December 22, 2006. Defendants will indicate in the responses whether they believe an evidentiary hearing or oral argument on the issues is necessary.

**DONE** and **ORDERED** in Orlando, Florida on November 21, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record