**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA ex rel.
EDUCATIONAL CAREER DEVELOPMENT,
INC.,

    Plaintiff,

vs.                                                                   CASE NO. 6:04--CV-93-ORL-19DABC

CENTRAL FLORIDA REGIONAL
WORKFORCE DEVELOPMENT BOARD,
INC., AND WORKFORCE CENTRAL
FLORIDA, INC.,

    Defendants.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 30, filed May 11, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 30) is **ADOPTED and AFFIRMED.** Relator's Second Amended Motion for Award of Attorney's Fees and Costs (Doc. No. 20, filed November 30, 2006) is **GRANTED IN PART AND DENIED IN PART.** The Relator is awarded attorney's fees of **$15,000.** This award is augmented with interest at the federal judgment rate of 4.9% from the time of the Order of this Court approving the settlement on August 28, 2006 (which is $505. as of May 11, 2007, the date of the Report and Recommendation) and $2.03 per diem until paid. To the extent Relator's Motion seeks costs, it is **DENIED** without prejudice to Relator filing a bill of costs within

seven (7) days from the date of this Order.

**DONE AND ORDERED** at Orlando, Florida, this ___1st___ day of June, 2007.

*Patricia C. Fawsett*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record